# Court of Appeals
# of the State of Georgia

ATLANTA, March 20, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1095.  BARBARA O. NEWKIRK et al. v. CHARLES TALBOTT.**

Upon consideration of the APPELLANTS' motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/20/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*